STATE of Missouri, Respondent,

v.

**Stephant HIBLER, Appellant.**

**No. ED 103991**

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE**.

Filed: May 30, 2017

FOR APPELLANT: Amy E. Lowe, Asst. Public Defender, 1010 Market St., Ste. 1100, St. Louis, MO 63101.

FOR RESPONDENT: Joshua D. Hawley, Attorney General, Gregory L. Barnes, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

Stephant Hibler appeals the judgment entered on a jury verdict convicting him of three counts of first-degree assault and three counts of armed criminal action. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).